UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Essex Insurance Company**,<br>4521 Highwoods Parkway<br>Glen Allen, VA 23060-6148<br><br>    Plaintiff,<br><br>v.<br><br>**Night & Day Management, LLC t/a The Fur Factory, et al.**<br><br>    Defendants. | CIVIL ACTION NO. |

### ESSEX INSURANCE COMPANY'S
### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Essex Insurance Company ("Essex"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Essex which have any outstanding securities in the hands of the public: Markel Corporation.

Dated: July 19, 2006

By: _Sean M. Hanifin by BCE_
Sean M. Hanifin, DC Bar No. 24274
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone: (202) 662-2000
Facsimile: (202) 662-2190

*Attorneys for Plaintiff*
*Essex Insurance Company*

**Of Counsel:**
Benjamin C. Eggert
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone: (202) 662-2000
Facsimile: (202) 662-2190

340450 v 1