AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ESSEX INSURANCE COMPANY

V.

NIGHT & DAY MANAGEMENT, LLC t/a
   THE FUR FACTORY
MICHAEL REHMAN
MICHAEL PERSONS
JOHN FIORITO

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01280

JUDGE: Richard J. Leon

CASE NU   DECK TYPE: Contract

DATE STAMP: 07/19/2006

TO: (Name and address of Defendant)  Night & Day Management, LLC t/a The Fur Factory
    Registered Agent:   Simon M. Osnos
                       2440 Virginia Avenue, N.W.
                       # D-1304
                       Washington, D.C.   20037

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address):

   Sean M. Hanifin
   ROSS, DIXON & BELL, LLP
   2001 K Street, N.W.
   Washington, D.C.   20006

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

JUL 19 2006

DATE

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Essex Insurance Company

vs.

Night & Day Management, LLC t/a The Fur Factory, et al.

No. 1:06CV01280

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order, Complaint for Declaratory Relief, Exhibits A-B and Case Management Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:40 pm on July 27, 2006, I served Night & Day Management, LLC t/a The Fur Factory c/o Simon M. Osnos, Registered Agent at 7700 Lee Highway, Suite 438, Falls Church, Virginia 22042 by serving Simon M. Osnos, Registered Agent, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     54
HEIGHT-  5'11"
HAIR-    BROWN
WEIGHT-  225
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 7-28-06
          Date

ROBERT PROFFITT
1827 18th Street, N.W.
Washington, D.C. 20009
Our File#- 174044