AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ESSEX INSURANCE COMPANY

V.

NIGHT & DAY MANAGEMENT, LLC t/a
   THE FUR FACTORY
MICHAEL REHMAN
MICHAEL PERSONS
JOHN FIORITO

CASE N

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV01280

JUDGE: Richard J. Leon

DECK TYPE: Contract

DATE STAMP: 07/19/2006

TO: (Name and address of Defendant)

    Michael Rehman
    12001 Galena Road
    Rockville, MD   20852

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address):

    Sean M. Hanifin
    ROSS, DIXON & BELL, LLP
    2001 K Street, N.W.
    Washington, D.C.   20006

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JUL 19 2006
DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Essex Insurance Company

vs.

Night & Day Management, LLC t/a The Fur Factory, et al.

### No. 1:06CV01280

### **AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, FREDERICK PARSONS, JR., having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order, Complaint for Declaratory Relief, Exhibits A-B and Case Management Order in the above entitled case, hereby depose and say:

That my date of birth / age is 12-18-1965.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 8:30 pm on July 24, 2006, I served Michael Rehman at 12001 Galena Road, Rockville, Maryland 20852 by serving, Hafeezi Rehman, home owner, a person of suitable age and discretion who stated he resides therein with the defendant. Described herein:

```
   SEX-   MALE
   AGE-   54
HEIGHT-   5'6"
  HAIR-   SHAVED
WEIGHT-   160
  RACE-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on **7-26-06**
        Date

FREDERICK PARSONS, JR.
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 174042