AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Essex Insurance Company

    Plaintiff(s)    ) **APPEARANCE**

    vs.    ) CASE NUMBER 1:06-cv-1280 (RJL)
Night & Day Management, LLC t/a The Fur Factory;
Michael Rehman; Michael Persons; John Fiorito

    Defendant(s)


To the Clerk of this court and all parties of record:

Please enter the appearance of __Benjamin C. Eggert__ as counsel in this
        (Attorney's Name)

case for: __Essex Insurance Company__
    (Name of party or parties)


__August 14, 2006__
Date

__474218__
BAR IDENTIFICATION

_[signature]_
Signature

Benjamin C. Eggert
Print Name

2001 K Street, N.W.
Address

Washington, D.C. 20006
City State Zip Code

202-662-2066
Phone Number