AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ESSEX INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

V.

NIGHT & DAY MANAGEMENT, LLC t/a
  THE FUR FACTORY
MICHAEL REHMAN
MICHAEL PERSONS
JOHN FIORITO

CASE NUMBER  1:06CV01280

JUDGE: Richard J. Leon

DECK TYPE: Contract

DATE STAMP: 07/19/2006

TO: (Name and address of Defendant)   Michael Persons
2602 Brinkley Road, #410
Fort Washington, MD   20744

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sean M. Hanifin
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C.   20006

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     JUL 19 2006
CLERK                                                              DATE

_(signature)_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Essex Insurance Company

vs.

Night & Day Management, LLC t/a The Fur Factory, et al.

No. 1:06CV01280

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order, Complaint for Declaratory Relief, Exhibits A-B and Case Management Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 9:42 am on August 4, 2006, I served Michael Persons at 700 Water Street, SW, Washington, DC 20024 by serving Michael Persons, personally. Described herein:

```
SEX-     MALE
AGE-     34
HEIGHT-  5'10"
HAIR-    BLACK
WEIGHT-  260
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 8-4-04
Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 174043