UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ESSEX INSURANCE COMPANY,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | Case No.:  1:06CV01280 |
| | : | |
| **NIGHT & DAY MANAGEMENT, LLC t/a** | : | |
| **THE FUR FACTORY, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## **LINE**

Dear Clerk:

    Please be advised that by the consent of the parties, the Defendants shall have until August 31, 2006 to respond to the Complaint in this matter.

                                        Respectfully submitted,

                                           /s/ Elyse L. Strickland
                                        Elyse L. Strickland, Bar No. 453264
                                        Selzer Gurvitch Rabin & Obecny, Chtd.
                                        4416 East West Highway, Suite 400
                                        Bethesda, MD 20814-4568
                                        301-986-9600
                                        Counsel for Defendants