AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ESSEX INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

### V.

NIGHT & DAY MANAGEMENT, LLC t/a
   THE FUR FACTORY
MICHAEL REHMAN
MICHAEL PERSONS
JOHN FIORITO

CASE NUMBER   1:06CV01280

JUDGE: Richard J. Leon

CASE 1

DECK TYPE: Contract

DATE STAMP: 07/██/2006

TO: (Name and address of Defendant)

John Fiorito
2701 Calvert Street, N.W
Apartment 702
Washington, D.C.   20008

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sean M. Hanifin
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C.   20006

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUL 19 2006

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 7-31-06 | Time: 6:10 PM |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Rex Dixon | Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:    29350 West Old Mill Road, Tavares, FL 32778

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

G  Returned unexecuted:

G  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-31-06
          *Date*
                          *Signature of Server*

**CAPITOL PROCESS SERVICES**
**1827 18TH STREET, N.W.**
**WASHINGTON, D.C. 20009**
*Address of Server*   **(202) 667-0050**

\* Summons; Notice of right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; Complaint for Declaratory Relief; Exhibits A-B and Case Management Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.