UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSEX INSURANCE COMPANY,    : | |
| : | |
| Plaintiff   : | |
| : | |
| v.   : | Case No.: 1:06CV01280 |
| : | Judge Richard J. Leon |
| NIGHT & DAY MANAGEMENT, LLC   : | |
| t/a THE FUR FACTORY, <u>et al</u>,   : | |
| : | |
| Defendants   : | |

### DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT UNTIL AUGUST 31, 2006

COMES NOW, Night & Day Management, LLC t/a The Fur Factory, Michael Rehman, Michael Persons, and John Fiorito (collectively "the Defendants"), and respectfully requests that the Court enter an Order extending the time for the filing of responsive pleadings until August 31, 2006 and for cause states as follows:

1.     Plaintiff filed the Complaint in this matter on July 19, 2006 and subsequently served Defendants.

2.     Plaintiff, through counsel, has consented to extending Defendants time to respond to the Complaint until August 31, 2006.

**WHEREFORE**, Defendants, Night & Day Management, LLC t/a The Fur Factory, Michael Rehman, Michael Persons, and John Fiorito respectfully request that the Court enter an Order extending Defendants answer to respond until August 31, 2006.

                                                          Respectfully submitted,

                                                          ____/s/ Elyse L. Strickland_____
                                                          Elyse L. Strickland, Bar No. 453264
                                                          Selzer Gurvitch Rabin & Obecny, Chtd.
                                                          4416 East West Highway, Suite 400
                                                          Bethesda, MD 20814-4568
                                                          301-986-9600
                                                          Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ESSEX INSURANCE COMPANY,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | Case No.:  1:06CV01280 |
| | : | Judge Richard J. Leon |
| **NIGHT & DAY MANAGEMENT, LLC** | : | |
| **t/a THE FUR FACTORY, et al.,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

Upon consideration of Defendants' Motion to Extend Time to Respond to Complaint until August 31, 2006, it is this _____, day of August, 2006,

**ORDERED**, that Defendants shall have until August 31, 2006 to file responsive pleadings.

_____
Judge, United States District Court for
District of Columbia