**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Essex Insurance Company**, <br><br> Plaintiff, <br><br> v. <br><br> **Night & Day Management, LLC t/a The Fur Factory, et al.** <br><br> Defendants. | CIVIL ACTION NO. 1:06cv1280 |

**LOCAL RULE 16.3(d) REPORT SUBMITTED BY
PLAINTIFF ESSEX INSURANCE COMPANY AND DEFENDANTS**

Pursuant to Local Rule 16.3(d), Plaintiff Essex Insurance Company ("Essex") and

Defendants Night & Day Management, LLC t/a the Fur Factory, John Fiorito, Michael Rehman

and Michael Persons (collectively, "Defendants") submit this report of their Rule 16.3(c)

Conference initially held on September 28, 2006.

Briefly, in this lawsuit, Essex seeks a declaratory judgment that there is no insurance

coverage under a policy issued to Night & Day for claims filed by Emile Mazloum ("Mazloum")

in the matter styled *Mazloum v. District of Columbia, et al.* (D.D.C. Case No. 1:06cv00002 (the

"*Mazloum* Action").  In the *Mazloum* Action, Mazloum alleges that he was beaten and

discriminated against by District of Columbia Metropolitan Police Officers and certain persons

purportedly affiliated with Night & Day.  Mazloum also contends that the defendants in the

*Mazloum* Action endeavored to cover up the alleged beating and discrimination by destroying

evidence.

Essex and Defendants (collectively, the "Parties") met and conferred on September 28,

2006, and the Parties have reached certain understandings and agreements, pursuant to Local

Rule 16.3(c).

343957 v 1

1.      The Parties believe that the case likely will be resolved through a dispositive motion.  No dispositive motions have been filed yet, and the Parties agree that discovery should not await the filing of any Party's dispositive motion.

2.      The Parties currently are not aware of any other party that must be joined.  The Parties have not agreed or narrowed any legal or factual issues.

3.      The Parties feel that this case should not be assigned to a magistrate judge.

4.      The Parties do not feel that there is a realistic possibility of settlement at this time.

5.      The Parties do not feel that ADR would be beneficial at this time.

6.      The Parties agree that this case will be resolved on summary judgment.  Essex expects to file its motion for summary judgment within 30 days after the close of discovery, if not sooner.

7.      Essex and Defendants shall proceed with Rule 26(a)(1) initial disclosures and exchange initial disclosures no later than November 1, 2006.

8.      The Parties anticipate that discovery will require approximate 4 months and may not be completed until March 1, 2007.  The Parties currently do not anticipate a need to modify the discovery rules set forth in the Local Rules and the Federal Rules of Civil Procedure.

9.      The Parties currently do not anticipate that expert discovery will be required, although the Parties reserve the right to designate one or more experts depending on information gathered through discovery.  The Parties agree that any experts must be designated by February 1, 2007.

10.     Not applicable because this case is not a class action.

11.     The Parties do not believe that the trial or discovery should be bifurcated or managed in phases.

12.     The Parties request that a pre-trial conference be held sixty (60) days after the

close of discovery or a ruling on any dispositive motion.

13.     The Parties request that the Court set a trial date at the pretrial conference.

14.     The Parties have no other matters that need to be addressed in a scheduling order.

Dated:  October 16, 2006                                Respectfully submitted,

By:  /s/ Benjamin C. Eggert /s/                         By:  /s/ Patrick J. Kearney /s/
    Sean M. Hanifin, Bar No. 358347                         Patrick J. Kearney, Bar No. 382291
    Benjamin C. Eggert, Bar No. 474218                      SELZER GURVITCH RABIN &
    ROSS, DIXON & BELL, LLP                                 OBECNY, CHARTERED
    2001 K Street, N.W.                                     4416 East West Highway, Fourth Floor
    Washington, D.C.  20006-1040                            Bethesda, MD  20814
    Telephone: (202) 662-2000                               Telephone: (301) 634-3114
    Facsimile: (202) 662-2190                               Facsimile: (301) 986-1301 (fax)
    E-mail: shanifin@rdblaw.com                             E-mail:  pkearney@sgrolaw.com
    E-mail: beggert@rdblaw.com

                                                        *Attorneys for Defendants Night & Day
                                                        Management, LLC t/a the Fur Factory, John
*Attorneys for Plaintiff*                               *Fiorito, Michael Rehman and Michael Persons*
*Essex Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2006, a copy of the foregoing Local

Rule 16.3(d) Report Submitted by Plaintiff Essex Insurance Company and Defendants was sent

by first-class U.S. mail, postage prepaid to the following:


Patrick Kearney, Esq.
Selzer Gurvitch Rabin & Obecny, Chartered
4416 East West Highway, Fourth Floor
Bethesda, MD 20814

David B. Stratton, Esq.
Jordan Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036

/s/ Benjamin C. Eggert /s/
Benjamin C. Eggert
