UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Essex Insurance Company**,

    Plaintiff,

v.

**Night & Day Management, LLC t/a The Fur Factory, et al.**

    Defendants.

CIVIL ACTION NO. 1:06cv1280

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the Local Rule 16.3(d) Report submitted by Plaintiff Essex Insurance Company and Defendants, it is hereby ORDERED that:

(1)    The parties will exchange initial disclosures pursuant to Fed. R. Civ. Pro. 26(a)(1) no later than November 1, 2006.

(2)    The Parties agree that experts must be designated by February 1, 2007.

(3)    All discovery must be completed by March 1, 2007.

(4)    Dispositive motions shall be filed by April 1, 2007; oppositions and replies shall be filed according to the Local Rules of this Court.

Dated: October __, 2006

                                                            Judge Richard J. Leon
                                                            UNITED STATES DISTRICT JUDGE