A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ESSEX INSURANCE COMPANY

      Plaintiff(s)

vs.

NIGHT & DAY MANAGEMENT, LLC, et al.

      Defendant(s)

**APPEARANCE**

CASE NUMBER   1:06-cv-1280 (RJL)

To the Clerk of this court and all parties of record:

Please enter the appearance of __David B. Stratton__ as counsel in this
                        (Attorney's Name)

case for: Defendants Night & Day Management, LLC, Michael Rehman, Michael Persons; John Fiorito
                  (Name of party or parties)

October 26, 2006
Date

/s/ David B. Stratton
Signature

413358
BAR IDENTIFICATION

David B. Stratton
Print Name

1100 Connecticut Ave., N.W., Ste 600
Address

Washington, D.C.   20036
City   State   Zip Code

(202)496-2807
Phone Number