UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSEX INSURANCE COMPANY )<br>)<br>　　　　Plaintiff,　　　　) <br>)<br>vs.　　　　　　　　　　　　　)<br>)<br>NIGHT & DAY MANAGEMENT, LLC, )<br>　et al.,　　　　　　　　　　　)<br>)<br>　　　　Defendants.　　　　) | Civil Action No. 1:06cv1280 |

RULE 26(a)(1) DISCLOSURES OF DEFENDANTS

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants, by and through the undersigned counsel, make their mandatory disclosures as follows:

**A. Individuals likely to or who may have discoverable information that the disclosing party may use to support its claims or defenses.**

1. All potential witnesses identified in Plaintiff's initial disclosures and interrogatory answers, to whose testimony these Defendants do not object.

2. Corporate representative of Night & Day Management, LLC
   　T/A   The Fur Factory
   (Formation of the contract of insurance; employment status of individually named defendants at time of occurrence)

3. Defendant Michael Rehman
   (Employment status at time of occurrence; the occurrence)

4. Defendant Michael Persons
   (Employment status at time of occurrence; the occurrence)

5. Defendant John Fiorito
   (Employment status at time of occurrence; the occurrence)

6. Imad Alkadi
 (Occurrence)

7. Anthoney Ramirez
 (Occurrence)

8. Officer Richmond Phillips
 (Occurrence)

9. Officer Thaddeus Modlin
 (Occurrence)

10. Officer Louis Schneider
 (Occurrence)

11. Derek Simms
 (Occurrence)

12. William Hamm
 (Occurrence)

**B. Description by Category of Supporting Documents**

1. Operative complaint and cross-claims as against Night & Day Management, LLC, Michael Rehman, Michael Persons, and John Fiorito filed in Mazloum v. District of Columbia, et al., No. 06cv0002.

2. Pleadings, exhibits, and orders filed in the Mazloum v. District of Columbia, et al. matter.

3. Essex Ins. Co. Policy No. 3CK9807.

4. Underwriting file for Policy No. 3CK9807.

5. All documents or categories of documents identified in Plaintiff's initial disclosures, interrogatory answers, and responses to requests for production, to which these Defendants do not object.

**C. Computation of Damages**

1. Defendants have no claim for damages related to this matter at this time. Should

the Defendants prevail, they will seek an award of attorneys fees and costs under LCvR 54.2 for the defense of this declaratory judgment action.

**D. Insurance Agreement**

1.   Essex Ins. Co. Policy No. 3CK9807.

Respectfully submitted,

JORDAN COYNE & SAVITS L.L.P.

By: _____/s/_____
David B. Stratton, Esq. # 413358
1100 Connecticut Ave., N.W.
Suite 600
Washington, D.C. 20036
(202) 296-4747
Fax: (202) 496-2800
Attorneys for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Rule 26(a)(1) Disclosures of Defendants was served electronically this _1_st day of November, 2006, on the following counsel of record:

Sean M. Hanifin, Esq.
Benjamin C. Eggert, Esq.
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington D.C. 20006-1040

_____/s/_____
David B. Stratton