UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSEX INSURANCE COMPANY )<br> )<br>       Plaintiff, )<br> )<br>vs. )<br> )<br>NIGHT & DAY MANAGEMENT, LLC, )<br>   et al., )<br> )<br>       Defendants. ) | Civil Action No. 1:06cv1280 |

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that a copy of this Certificate Regarding Discovery and Defendant Night & Day Management, LLC's Requests for Production of Documents to plaintiff, was mailed, postage prepaid, on this 25th day of January 2007, to:

>Sean M. Hanifin, Esq.
>Benjamin C.Eggert, Esq.
>Ross, Dixon & Bell, LLP
>2001 K Street, N.W.
>Washington, DC 20006-1040

I will retain the original of this discovery document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: /s/ David B. Stratton

David B. Stratton, Esq. # 413358
1100 Connecticut Ave., N.W.
Suite 600
Washington, D.C.  20036
(202) 296-4747
Fax: (202) 496-2800

Attorneys for Defendants