UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESSEX INSURANCE COMPANY

        Plaintiff,

vs.

NIGHT & DAY MANAGEMENT, LLC, et al.,

        Defendants.

Civil Action No. 1:06cv 1280

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that a copy of this Certificate Regarding Discovery and Defendant Night & Day Management, LLC's Requests for Production of Documents; Defendant Michael Rehman's Objections Responses to Requests for Production of Document; Defendant John Fiorito's Objections Responses to Requests for Production of Document; Defendant Michael Person's Objections Responses to Requests for Production of Document; and Complaint, was mailed, postage prepaid, on this 26th day of January 2007, to:

    Sean M. Hanifin, Esq. Benjamin
    C. Eggert, Esq. Ross, Dixon &
    Bell, LLP 2001 K Street, N.W.
    Washington, DC 20006-1040

I will retain the original of this discovery document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

        Respectfully submitted,

        JORDAN COYNE & SAVITS, L.L.P.

        By: *[signature]*

        David B. Stratton, Esq. #413358
        1100 Connecticut Ave., N.W. Suite 600

        Washington, D.C. 20036
        (202) 296-4747
        Fax: (202) 496-2800

        Attorneys for Defendants