UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Essex Insurance Company,

      Plaintiff,

v.

Night & Day Management, LLC t/a The Fur Factory, et al.

      Defendants.

CIVIL ACTION NO. 1:06cv1280

**PLAINTIFF ESSEX INSURANCE COMPANY'S
CONSENT MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS**

      Plaintiff Essex Insurance Company ("Essex"), by and through its undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Columbia and the Court's July 20, 2006 Case Management Order, respectfully moves to extend the deadline in which to file dispositive motions, stating as follows:

      1.     Essex filed its complaint in this matter on July 19, 2006. Defendants filed their answer on September 1, 2006.

      2.     After the parties submitted their joint Rule 16.3(d) report, the Court issued a scheduling order entered on October 24, 2006, directing that discovery would commence on November 1, 2006 and that discovery must be completed by March 1, 2007. The Court also ordered that dispositive motions must be filed by April 2, 2007.

      3.     On December 14, 2006, Essex propounded upon Defendants interrogatories and requests for production of documents. After requesting a brief extension of time, Defendants provided their objections and responses to Essex's discovery requests on January 26, 2007. Beginning in late January and into February 2007, Defendants began to produce documents

351109 v 1

responsive to Essex's discovery requests.

4. Despite Defendants' efforts to produce all of the documents responsive to Essex's discovery requests, they were unable to produce all of the documents by March 1, 2007. In fact, Defendants still are in the process of producing documents responsive to Essex's discovery requests. Defendants recognize that Essex has not had an opportunity to fully review and analyze documents responsive to its discovery requests, which Essex believes are central to this litigation.

5. Because Defendants have not completed their document production – which is ongoing – Essex is unable to submit a dispositive motion by the April 2, 2007 deadline. Essex thus respectfully requests that the Court extend the deadline in which to submit dispositive motions by approximately two months, until June 1, 2007.

6. Pursuant to Paragraph 6 of the Court's July 20, 2006 Case Management Order, Essex states that:

> a) Essex has not previously sought any extension of time in this matter. Defendants have sought from the Court an extension of time in which to submit their answer, which was granted by the Court.
>
> b) Because trial has not been set and there are no other previously scheduled deadlines, granting Essex's motion will have no substantial impact on the timely and orderly disposition of this matter.
>
> c) Consistent with the Court October 24, 2006 scheduling order and the parties' proposed scheduling order submitted with the Joint Rule 16.3(d) report, the parties suggest that opposition and replies to dispositive motions should be filed within the time normally provided by the Local Rules.

      d)      Essex states that counsel for Defendants consents to the relief sought in this motion.

7.      Accordingly, Essex respectfully requests that the Court extend the deadline in which to submit dispositive motions until June 1, 2007.

Dated: March 22, 2007

Respectfully submitted,

By: /s/ Benjamin C. Eggert /s/
Sean M. Hanifin, Bar No. 358347
Benjamin C. Eggert, Bar No. 474218
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone: (202) 662-2000
Facsimile: (202) 662-2190
E-mail: shanifin@rdblaw.com
E-mail: beggert@rdblaw.com

*Attorneys for Plaintiff*
*Essex Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Essex Insurance Company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Night & Day Management, LLC t/a The Fur Factory, et al.<br><br>　　　　Defendants. | CIVIL ACTION NO. 1:06cv1280 |

**[PROPOSED] ORDER**

Upon consideration of the Essex Insurance Company's Consent Motion to Extend Deadline to File Dispositive Motions, it is hereby ORDERED that dispositive motions shall be filed by June 1, 2007, with oppositions and replies to be filed according to the Local Rules of this Court.

Dated: _____, 2007

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Judge Richard J. Leon
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

351109 v 1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 22 day of March 2007, a copy of the foregoing Essex Insurance Company's Consent Motion to Extend Deadline to File Dispositive Motions was filed electronically with the Clerk of the Court using the CM/ECF system, which also will send electronic notice of such filing to the following counsel of record:

    Patrick Kearney, Esq.
    Selzer Gurvitch Rabin & Obecny, Chartered
    4416 East West Highway, Fourth Floor
    Bethesda, MD 20814

    David B. Stratton, Esq.
    Jordan Coyne & Savits, L.L.P.
    1100 Connecticut Avenue, N.W., Suite 600
    Washington, D.C. 20036

                                                                   /s/ Benjamin C. Eggert /s/
                                                                     Benjamin C. Eggert