UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Essex Insurance Company,<br><br>      Plaintiff,<br><br>v.<br><br>Night & Day Management, LLC t/a The Fur Factory, et al.<br><br>      Defendants. | CIVIL ACTION NO. 1:06cv1280 |

**ESSEX INSURANCE COMPANY'S**
**MOTION FOR SUMMARY JUDGMENT**

Plaintiff Essex Insurance Company ("Essex"), pursuant to Fed. R. Civ. P. 56(c) and Local Rule 56.1, respectfully moves the Court to enter an order and judgment declaring that no coverage exists under the Essex insurance policy at issue in this action for the claims asserted against Defendants in the lawsuit captioned *Emile Mazloum v. District of Columbia Metropolitan Police Department, et al.*, Civ. A. No. 06cv00002 (D.D.C.).

The grounds for Essex's Motion for Summary Judgment are set forth in its Memorandum of Points and Authorities in Support of its Motion for Summary Judgment, the accompanying Statement of Undisputed Material Facts, and the Declaration of Benjamin C. Eggert, with attached exhibits, which have been filed contemporaneously with the Motion for Summary Judgment. There are no material facts in dispute, and Essex is entitled to judgment as a matter of law.

In addition, Essex moved on March 22, 2007 for an extension of time in which to submit its dispositive motion on the basis that Defendants have not yet fully responded to the discovery timely sought by Essex. Because the Court has not ruled on that motion, Essex submits its Motion for Summary Judgment within the deadline provided by the Court's current scheduling

351523 v 1

order. Given that Defendants' production of relevant documents is ongoing, Essex respectfully requests that it be permitted to supplement its Motion for Summary Judgment after Defendants have completed their production

                                                              Respectfully submitted,

Dated: April 2, 2007                  By:   /s/ Benjamin C. Eggert /s/
                                                       Sean M. Hanifin, D.C. Bar No. 358347
                                                       Benjamin C. Eggert, D.C. Bar No. 474218
                                                       ROSS, DIXON & BELL, LLP
                                                       2001 K Street, N.W.
                                                       Washington, D.C. 20006-1040
                                                       Telephone: (202) 662-2000
                                                       Facsimile: (202) 662-2190
                                                       Email: shanifin@rdblaw.com
                                                       Email: beggert@rdblaw.com

                                                       *Attorneys for Plaintiff*
                                                       *Essex Insurance Company*

351523 v 1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April 2007, a copy of the foregoing Essex Insurance Company's Motion for Summary Judgment was filed electronically with the Clerk of the Court using the CM/ECF system, which will send electronic notice of such filing to the following counsel of record:

    Patrick Kearney, Esq.
    Selzer Gurvitch Rabin & Obecny, Chartered
    4416 East West Highway, Fourth Floor
    Bethesda, MD 20814

    David B. Stratton, Esq.
    Jordan Coyne & Savits, L.L.P.
    1100 Connecticut Avenue, N.W., Suite 600
    Washington, D.C. 20036

    /s/ Benjamin C. Eggert /s/
    Benjamin C. Eggert

351523 v 1