UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Essex Insurance Company,

       Plaintiff,

v.

Night & Day Management, LLC t/a The Fur Factory, et al.

       Defendants.

CIVIL ACTION NO. 1:06cv1280

**DECLARATION OF BENJAMIN C. EGGERT
IN SUPPORT OF ESSEX INSURANCE COMPANY'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Benjamin C. Eggert, Esq. declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the bar of the District of Columbia and an attorney with Ross, Dixon & Bell, LLP, counsel for Plaintiff Essex Insurance Company ("Essex"). I submit this declaration in support of Essex's Motion for Summary Judgment.

2. Attached to this declaration as Exhibit 1 is a true and correct copy of the First Amended Complaint filed in the United States District Court for the District of Columbia in the lawsuit captioned *Emile Mazloum v. District of Columbia Metropolitan Police Department, et al.*, Civ. A. No. 06cv00002 (D.D.C.) (the "*Mazloum* Action").

3. Attached to this declaration as Exhibit 2 is a true and correct copy of Commercial General Liability Policy No 3CK9807 issued by Essex to Night & Day Management, LLC t/a The Fur Factory for the policy period August 26, 2004 to August 26, 2005.

351527 v 1

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct.

Dated:  April 2, 2007                    By:   /s/  Benjamin C. Eggert /s/
                                                Benjamin C. Eggert, Bar No. 474218
                                                ROSS, DIXON & BELL, LLP
                                                2001 K Street, N.W.
                                                Washington, D.C.  20006-1040
                                                Telephone: (202) 662-2000
                                                Facsimile: (202) 662-2190
                                                Email: beggert@rdblaw.com

- 2 -

351527 v 1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April 2007, a copy of the foregoing Declaration of Benjamin C. Eggert in Support of Essex Insurance Company's Motion for Summary Judgment was filed electronically with the Clerk of the Court using the CM/ECF system, which will send electronic notice of such filing to the following counsel of record:

>Patrick Kearney, Esq.
>Selzer Gurvitch Rabin & Obecny, Chartered
>4416 East West Highway, Fourth Floor
>Bethesda, MD 20814
>
>David B. Stratton, Esq.
>Jordan Coyne & Savits, L.L.P.
>1100 Connecticut Avenue, N.W., Suite 600
>Washington, D.C. 20036

          /s/ Benjamin C. Eggert /s/
          Sean M. Hanifin

351527 v 1