UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Case No.:  1:06CV01280 |
| | : | |
| NIGHT & DAY MANAGEMENT, LLC | : | |
| t/a THE FUR FACTORY, et al | : | |
| | : | |
| Defendants | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to L.Cv.R. 83.6(b) please note the withdrawal of the appearance of Patrick J. Kearney, Esquire, Elyse L. Strickland, and Selzer, Gurvitch Rabin and Obecny, Chartered as counsel to Night & Day Management, LLC t/a The Fur Factory, Michael Rehman, Michael Persons, and John Fiorito (collectively "the Defendants").  No trial date has been set and David B. Stratton, Esquire has entered his appearance on behalf of the Defendants.  The Defendants' consent to the withdrawal of appearance is evidenced by their signature below.

Respectfully Submitted,

_/s/ Patrick J. Kearney_
Patrick J. Kearney (DC Bar No. 382290)
Selzer Gurvitch Rabin & Obecny, Chartered
4416 East West Highway, Suite 400
Bethesda, Maryland 20814
Phone:  301-986-9600
_Attorneys for Defendants_

SEEN AND AGREED:

_____
Night & Day Management, LLC
By: _____ , Member

_____
Michael Persons

_____
Michael Rehman

_____
John Fiorito

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing Notice was served via CM/ECF upon Sean M. Hanifin, Esquire and Benjamin C. Eggert, Esquire this _13ᵗʰ_ day of _April_, 2007.

_/s/ Patrick J. Kearney_
Patrick J. Kearney

2