UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSEX INSURANCE COMPANY )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NIGHT & DAY MANAGEMENT, LLC, )<br>  et al., )<br>)<br>Defendants. ) | Civil Action No. 1:06cv1280 |

**ORDER**

Upon consideration of Plaintiff Essex Insurance Company's Motion for Summary Judgment, Defendants' Opposition thereto, Defendants' Cross Motion for Partial Summary Judgment, any opposition thereto, and the entire record herein, it is, by this Court, this

_____ day of _____, 2007, hereby

ORDERED, that Plaintiff Essex Insurance Company's motion for summary judgment BE and the same hereby IS, DENIED; and it is further

ORDERED, that Defendants' Cross Motion for Partial Summary Judgment BE, and the same hereby IS, GRANTED; and it is further

ORDERED, that Essex Insurance Company has a duty to defend the Defendants in the

Mazloum action under the applicable policy; and it is further

ORDERED, that the Defendants are awarded their reasonable attorney's fees and costs for defending the declaratory judgment action regarding the insurer's duty to defend to date, and that the parties shall confer under LCvR 54.2 on fee issues, and submit a status report to the Court within 14 days of the date of this Order.

_____
United States District Judge