UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSEX INSURANCE COMPANY )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>NIGHT & DAY MANAGEMENT, LLC, )<br>   et al., )<br>)<br>   Defendants. ) | Civil Action No. 1:06cv1280 |

DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT
AND CROSS MOTION FOR
PARTIAL SUMMARY JUDGMENT

Defendants, by and through their attorneys, David B. Stratton and Jordan Coyne & Savits, L.L.P., and pursuant to Federal Rule of Civil Procedure 56, and LcvR 7(b), hereby oppose the Plaintiff's motion for summary judgment, and submit their cross motion for partial summary judgment concerning Essex Insurance Company's duty to defend.

As further grounds for their opposition and cross motion, Defendants submit the attached memorandum of points and authorities, which is incorporated herein as if fully set forth.

WHEREFORE, for all the foregoing reasons, Defendants respectfully request that this Court deny Plaintiff Essex Insurance Company's motion for summary judgment; that the Court enter partial summary judgment in favor of the Defendants to the effect that Essex Insurance Company has a duty to defend the Mazloum action; and that the Court award the Defendants their reasonable attorney's fees and costs for defending the declaratory judgment action on

coverage to date.

                    Respectfully submitted,

                    JORDAN COYNE & SAVITS L.L.P.

                    By:_____/s/_____
                    David B. Stratton, Esq. # 413358
                    1100 Connecticut Ave., N.W.
                    Suite 600
                    Washington, D.C.  20036
                    (202) 296-4747
                    Fax: (202) 496-2800
                    Attorneys for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served electronically, this 16th day of April, 2007, on the following counsel of record:

                    Sean M. Hanifin, Esq.
                    Benjamin C. Eggert, Esq.
                    Ross, Dixon & Bell, LLP
                    2001 K Street, N.W.
                    Washington D.C. 20006-1040

                    _____/s/_____
                    David B. Stratton