UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSEX INSURANCE COMPANY  )  <br>  ) <br> Plaintiff,  ) <br>  ) <br> vs.  ) <br>  ) <br> NIGHT & DAY MANAGEMENT, LLC,  ) <br> et al.,  ) <br>  ) <br> Defendants.  ) | Civil Action No. 1:06cv1280 |

**PRAECIPE**

TO THE CLERK: Kindly accept for filing the attached exhibit, which is the Second Amended Complaint as actually filed in the underlying tort suit (i.e., the *Mazloum* action). The attached complaint is now the operative complaint in the *Mazloum* action, and is directly relevant to the Court's determination of Essex Ins. Co.'s duty to defend in this action. This is intended as a replacement for Exhibit A to the previously filed Reply in Further Support of Cross Motion for Partial Summary Judgment.

Respectfully submitted,

JORDAN COYNE & SAVITS L.L.P.

By: /s/
David B. Stratton, Esq. # 413358
1100 Connecticut Ave., N.W.
Suite 600
Washington, D.C. 20036
(202) 296-4747
Fax: (202) 496-2800
Attorneys for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served electronically, this 29th day of May, 2007, on the following counsel of record:

>Sean M. Hanifin, Esq.
>Benjamin C. Eggert, Esq.
>Ross, Dixon & Bell, LLP
>2001 K Street, N.W.
>Washington D.C. 20006-1040

_____/s/_____
David B. Stratton