# EXHIBIT A

Case 1:06-cv-01280-JDB   Document 28-2   Filed 05/31/2007   Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06 CV 00002 |
| ) | (JDB) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S PARTIAL WITHDRAWAL OF
MOTION FOR LEAVE TO AMEND COMPLAINT**

Upon consideration of the Defendants' briefs in opposition to Plaintiff Emile Mazloum's ("Mazloum") Motion for Leave to File an Amended Complaint, and in the interests of judicial economy, Plaintiff hereby withdraws that portion of the motion seeking to add a new negligence claim against Defendants Ramirez, Modlin, Phillips, Schneider, District of Columbia, Michael Persons, and Night and Day Management LLC, d/b/a FUR Nightclub.[1]

In addition to the new claim, Plaintiff's proposed Second Amended Complaint also (i) made revisions to its general factual allegations, (ii) added a recitation regarding the basis for this Court's exercise of diversity jurisdiction in this action, and (iii) deleted claims that have been dismissed in this action (including the Section 1983 claim against Defendants Acosta and Smith). None of the Defendants' oppositions raised any objection with respect to the foregoing proposed amendments.

---

1 Plaintiff did not intend to assert a negligence claim against Defendants Acosta and Smith. Any mention of them in connection with the same was inadvertent.

Accordingly, Plaintiff respectfully requests that its motion to amend be granted for those limited purposes.

Respectfully submitted,

Dated: May 15, 2007

/s/ _____

Brian H. Corcoran (Bar No. 456976)
Katten Muchin Rosenman LLP
1025 Thomas Jefferson St., NW
Suite 700 East Lobby
Washington, D.C. 20007
Ph: (202) 625-3500
Fax: (202) 298-7570
Brian.Corcoran@kattenlaw.com

Susan Huhta (Bar No. 453478)
Warren R. Kaplan (Bar No. 034470)
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, D.C. 20036
Ph: (202) 319-1000
Fax: (202) 319-1010
Sue_Huhta@washlaw.org
Warren_Kaplan@washlaw.org

Attorneys for Plaintiff
Emile Mazloum