CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSEX INSURANCE CO. )<br>)<br>)<br>)<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>NIGHT & DAY MANAGEMENT, LLP, et al. )<br>)<br>)<br>)<br>)<br>Defendant )<br>) | Civil Case Number 06-1280 (JDB)<br><br>Category    M |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>September 28, 2007</u> from <u>Judge Richard J. Leon</u> to <u>Judge John D. Bates</u> by direction of the Calendar Committee.

(Reassigned as related to 06-0002)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Leon</u> & Courtroom Deputy
      <u>Judge Bates</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓