UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESSEX INSURANCE CO.,**<br><br>Plaintiff,<br><br>v.<br><br>**NIGHT & DAY MANAGEMENT, LLC, et al,**<br><br>Defendants. | Civil Action No. 06-1280 (JDB) |

## ORDER

Upon consideration of [20] plaintiff's motion for summary judgment and [22] defendants' cross-motion for partial summary judgment, the oppositions and replies thereto, the entire record herein, and for the reasons identified in the Memorandum Opinion issued on this date, it is hereby **ORDERED** that:

1. Plaintiff's [20] motion is **GRANTED**; it is further

2. **ORDERED** that defendants' [22] cross-motion for summary judgment is **DENIED**; and it is further

3. **ORDERED** that judgment is entered in favor of plaintiff and against defendants.

**SO ORDERED**.

/s/
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Date: February 22, 2008